No. 11–5144. ROBERTSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–5175. GILLETT v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 11–5566. HAYES v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 11–5735. RAMIREZ-ARREOLA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5863. WEST v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

Nô. 11–6178. SALTOU v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–6229. VARELA-CIAS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–6470. TIERNEY v. ESPINADA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–6732. ALAM v. HSBC BANK USA, N. A. C. A. 2d Cir. Certiorari denied.

No. 11–6733. ALSTON v. ALLEN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 11–6754. HAYGOOD v. PAULDING COUNTY, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–6762. BURNS v. MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 11–6763. ANDIKA v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–6768. MITCHELL, AKA HAYES v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

